Opinion of the Court.

WILLIAM M. AHIA, A. R. CUNHA, BEN HOLLIN-
GER AND E. W. QUINN, AS CITIZENS AND
TAX-PAYERS AND AS QUALIFIED AND ACT-
ING SUPERVISORS OF THE CITY AND COUN-
TY OF HONOLULU, A MUNICIPAL CORPORA-
TION, AND COLLECTIVELY CONSTITUTING A
MAJORITY OF THE BOARD OF SUPERVISORS
OF SAID CITY AND COUNTY, *v.* LEWIS
ABSHIRE.

No. 1534.

RESERVED QUESTIONS FROM CIRCUIT JUDGE FIRST CIRCUIT.

HON. R. J. O'BRIEN, JUDGE.

SUBMITTED APRIL 10, 1924.                DECIDED MAY 9, 1924.

PETERS, C. J., PERRY AND LINDSAY, JJ.

*Per Curiam.* The question reserved, "Should the de-
murrer be sustained," is answered in the affirmative upon
the authority of *Ahia* v. *Cain,* 27 Haw. 770.

*Brown, Cristy & Davis* for petitioners.
*Smith & Wild* for respondent.